UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHAWN MAURICE HARRELL,
Plaintiff,

v.

DUNLEAVY, et al.,
Defendants.

Case No. 25-cv-07437-NW

**ORDER OF DISMISSAL**

On January 27, 2026, this Court mailed Plaintiff Eshawn Maurice Harrell, a former *pro se* state detainee, orders granting his application to proceed *in forma pauperis* and dismissing his Complaint with leave to amend within 28 days. *See* ECF Nos. 6, 7. The dismissal order warned Harrell that failure to file a timely amended complaint would result in dismissal of his lawsuit without prejudice. *See* ECF No. 7 at 5. The orders were returned to the Court as undeliverable because Harrell was no longer in custody on March 3, 2026. *See* ECF No. 8. On June 23, 2026, the Court remailed the dismissal order to Harrell to his updated address. *See* ECF No. 10. More than 28 days have passed since the Court remailed the order to Harrell and no amended complaint has been filed. Accordingly, the Court **DISMISSES** this matter for failure to state a claim without prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 24, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California