UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHAWN MAURICE HARRELL,
Plaintiff,

v.

DUNLEAVY, et al.,
Defendants.

Case No. 25-cv-07437-NW

**JUDGMENT**

Pursuant to the order filed earlier today, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 24, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California